| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kainos Partners Las Vegas, LLC Operating Series - #12** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xx-xxx2311** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**26 Parkway Commons Drive**<br>**Greer, SC 29650**<br>ZIP CODE **29650** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Greenville** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Wilmington, DE** ZIP CODE **19801** ||

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9      Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>                        Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>--------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Kainos Partners Las Vegas, LLC Operating Series - #12 | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** | | | |
| Location Where Filed: N/A | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** | | | |
| Name of Debtor: See Attached Schedule 1 | Case Number: | | Date Filed: |
| District: District of Delaware | Relationship: Affiliate | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Kainos Partners Las Vegas, LLC Operating Series - #12 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _/s/ Kathleen Murphy_____
Signature of Attorney for Debtor(s)
Kathleen A. Murphy, Esq. (DE 5215)
Printed Name of Attorney for Debtor(s)
Reed Smith LLP
Firm Name
1201 Market Street, Suite 1500
Address Wilmington, DE 19801

302-778-7500
Telephone Number
9/15/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Bart Thorne_____
Signature of Authorized Individual
Bart Thorne
Printed Name of Authorized Individual
Authorized Person
Title of Authorized Individual
9/15/09
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## SCHEDULE 1 TO VOLUNTARY PETITION

On or around July 6, 2009, each of the affiliated entities listed below filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. The chapter 11 bankruptcy cases for the below entities have been administratively consolidated for procedural purposes only under case no. 09-12292 (Kainos Partners Holding Company LLC).

1. Kainos Partners Holding Company LLC [xx-xxxx2522]
2. Kainos Partners Buffalo RE Holdings LLC [xx-xxx4572]
3. Kainos Partners Greenville SC-RE Holdings LLC [xx-xxx1049]
4. Kainos Partners Las Vegas RE Holdings LLC [xx-xxx4953]
5. Kainos Vineyard Drive RE LLC [xx-xxx4572]
6. Kainos Highway 29 RE LLC [xx-xxx4368]
7. Kainos 1996 East Main RE LLC [xx-xxx4323]
8. Kainos Wade Hampton RE LLC [xx-xxx0258]
9. Kainos Clinton CML RE LLC [xx-xxx3046]
10. Kainos Wilson Road RE LLC [xx-xxx4582]
11. Kainos Partners Columbia SC LLC [xx-xxx0839]
12. Kainos Partners Houston LLC [xx-xxx2322]
13. Kainos Partners Las Vegas LLC [xx-xxx2311]
14. Kainos Partners Las Vegas LLC Operating Series #1 [xx-xxx2311]
15. Kainos Partners Las Vegas LLC Operating Series #2 [xx-xxx2311]
16. Kainos Partners Las Vegas LLC Operating Series #3 [xx-xxx2311]
17. Kainos Partners Las Vegas LLC Operating Series #4 [xx-xxx2311]
18. Kainos Partners Las Vegas LLC Operating Series #5 [xx-xxx2311]
19. Kainos Partners Las Vegas LLC Operating Series #6 [xx-xxx2311]
20. Kainos Partners Las Vegas LLC Operating Series #8 [xx-xxx2311]
21. Kainos Partners Las Vegas LLC Operating Series #10 [xx-xxx2311]
22. Kainos Partners Las Vegas LLC Operating Series #11 [xx-xxx2311]
23. Kainos Partners Las Vegas LLC Operating Series #13 [xx-xxx2311]
24. Kainos Partners Las Vegas LLC Operating Series #14 [xx-xxx2311]
25. Kainos Partners Las Vegas LLC Operating Series #15 [xx-xxx2311]
26. Kainos Partners Las Vegas LLC Operating Series #18 [xx-xxx2311]
27. Kainos Partners Las Vegas LLC Operating Series #20 [xx-xxx2311]
28. Kainos Partners Las Vegas LLC Operating Series #21 [xx-xxx2311]
29. Kainos Partners Las Vegas LLC Operating Series #24 [xx-xxx2311]
30. Kainos Partners Las Vegas LLC Operating Series #25 (2311)
31. Kainos Partners Las Vegas LLC Operating Series #28 [xx-xxx2311]
32. Kainos Partners Las Vegas LLC Operating Series #34 [xx-xxx2311]
33. Kainos Partners LLC [xx-xxx4132]
34. Kainos Partners South Carolina LLC [xx-xxx2847]
35. Kainos Walden-Transit LLC [xx-xxx8183]
36. Kainos Camp-Southwestern LLC [xx-xxx1665]
37. Kainos Main Street Jimtown LLC [xx-xxx2390]
38. Kainos Fairmount LLC [xx-xxx3145]
39. Kainos Crosspoints LLC [xx-xxx5065]
40. Kainos Main-Bailey LLC [xx-xxx2673]

41. Kainos Boulevard Mall LLC [xx-xxx5711]
42. Kainos Union Rd LLC [xx-xxx5397]
43. Kainos Flix-Transit LLC [xx-xxx6538]
44. Kainos Walden LLC [xx-xxx6538]
45. Kainos NF Maple Road LLC [xx-xxx8345]
46. Kainos Union Road Cheektowaga LLC [xx-xxx9508]
47. Kainos Broadway Retail LLC [xx-xxx5605]
48. Kainos Main-Chippewa LLC [xx-xxx3003]
49. Kainos Transit-Genesee LLC [xx-xxx5497]
50. Kainos Broadway CML LLC [xx-xxx5544]
51. Kainos Eggert Road LLC [xx-xxx0880]
52. Kainos Delaware-Hertel LLC [xx-xxx6137]
53. Kainos Vineyard Drive LLC [xx-xxx5721]
54. Kainos Boston State Road LLC [xx-xxx0995]
55. Kainos Walmart LLC [xx-xxx4344]
56. Kainos Tiger Boulevard LLC [xx-xxx8580]
57. Kainos East Main Street LLC [xx-xxx7907]
58. Kainos East Greer Street LLC [xx-xxx4666]
59. Kainos Fairview Road LLC [xx-xxx4557]
60. Kainos Main & Coffee LLC [xx-xxx4231]
61. Kainos Highway 29 LLC [xx-xxx4679]
62. Kainos 1996 East Main LLC [xx-xxx4618]
63. Kainos East Greenville Street LLC [xx-xxx0171]
64. Kainos Boiling Springs LLC [xx-xxx1260]
65. Kainos West Butler LLC [xx-xxx0160]
66. Kainos Main Street Simpsonville LLC [xx-xxx4281]
67. Kainos North Main Street LLC [xx-xxx0885]
68. Kainos 1131 West Wade Hampton Blvd LLC [xx-xxx6055]
69. Kainos 2903 N. Pleasantburg Dr. LLC [xx-xxx6132]
70. Kainos 520 N. US Highway 25 LLC [xx-xxx6429]
71. Kainos 7252 Moorefield Memorial Hwy. LLC [xx-xxx6376]
72. Kainos Woodruff Road LLC [xx-xxx1085]
73. Kainos 411 The Parkway LLC [xx-xxx6203]
74. Kainos 1551 Laurens Rd. LLC [xx-xxx6330]
75. Kainos 6055 White Horse Rd. LLC [xx-xxx6479]
76. Kainos Calhoun Memorial LLC [xx-xxx6264]
77. Kainos South Pine LLC [xx-xxx0164]
78. Kainos Wade Hampton LLC [xx-xxx0993]
79. Kainos WM Central LLC [xx-xxx1210]
80. Kainos Farrow Road LLC [xx-xxx5453]
81. Kainos Main Street Columbia LLC [xx-xxx5500]
82. Kainos 378 & Sunset LLC [xx-xxx1138]
83. Kainos South Lake Drive LLC [xx-xxx4435]
84. Kainos Clemson Road LLC [xx-xxx0253]
85. Kainos Wilson Road LLC [xx-xxx4465]
86. Kainos Ann & Simmons LLC [xx-xxx4868]

87. Kainos Boulder & Racetrack LLC [xx-xxx5070]
88. Kainos Craig & Jones LLC [xx-xxx5145]
89. Kainos Silverado & Bermuda LLC [xx-xxx4948]
90. Kainos Clinton CML [xx-xxx5727]
91. Kainos Lake Mead & Simmons LLC [xx-xxx2311]